IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SEAWRIGHT,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| OFFICER PATRICK BANNING et al.,<br>*Defendants* | : <br> : | NO. 18-4811 |

**ORDER**

**AND NOW**, this 13th day of June, 2023, upon consideration of Mr. Seawright's Motion *in Limine* to Preclude Prior Convictions, Arrests, and Other Contacts with Law Enforcement and Introduce Defendant's Prior Bad Acts as a Police Officer (Doc. No. 33), Officer Banning's Response in Opposition (Doc. No. 40), and Mr. Seawright's Reply (Doc. No. 44), it is **ORDERED** that the Motion (Doc. No. 33) is **GRANTED IN PART** and **DENIED IN PART** as set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1